United States Bankruptcy Court
Middle District of Florida

In re:   Case No. 20-06687-CPM
Joseph Bruce Harris   Chapter 7
Judith Isolyn Laverne Allen-Harris
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 113A-8      User: admin      Page 1 of 3
Date Rcvd: Oct 27, 2020      Form ID: aPOCjck      Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph Bruce Harris, Judith Isolyn Laverne Allen-Harris, 13593 Paddington Way, Spring Hill, FL 34609-6331 |
| 29149308 | + | Altiva financial incorporated, 1000 Parkwood circle, suite 600, Atlanta, GA 30339-2173 |
| 29149319 | + | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 29149320 | + | Florida Cancer Specialists, PO Box 919527, Orlando, FL 32891-0001 |
| 29149321 | + | Flynn LaVrar, Esq., 1133 S. University Drive, 2nd Floor, Fort Lauderdale, FL 33324-3303 |
| 29149323 | + | Hernando Coounty Court, 20 N. Main St., 362, Brooksville, FL 34601-2893 |
| 29149325 | + | Lakeview Loan Servicing LLC, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 29149327 | + | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 29149331 | + | Penn Credit, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 29149332 | | Response, 380 S 670 W, Lindon, UT 84042 |
| 29149333 | | Sallie Mae, c/o Sallie Mae Guarantee Ser, P.O. Box 6180, Indianapolis, IN 46206-6180 |
| 29149334 | + | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QAESPOSITO.COM | Oct 28 2020 00:53:00 | Angela Welch, 12157 West Linebaugh Avenue, PMB 401, Tampa, FL 33626-1732 |
| cr | + | EDI: GMACFS.COM | Oct 28 2020 00:53:00 | Ally Capital, P.O. Box 130424, Roseville, MN 55113-0004 |
| 29149324 | | EDI: HNDA.COM | Oct 28 2020 00:48:00 | Honda Financial Services, P.O. Box 166469, Irving, TX 75016 |
| 29149307 | + | EDI: ATTWIREBK.COM | Oct 28 2020 00:48:00 | AT&T, c/o Business Bankruptcy, PO Box 769, Arlington, TX 76004-0769 |
| 29149305 | + | EDI: GMACFS.COM | Oct 28 2020 00:53:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 29149306 | | EDI: AQUAFINANCE.COM | Oct 28 2020 00:48:00 | Aqua Finance Inc, P.O. Box 3256, Milwaukee, WI 53201-3256 |
| 29149309 | + | EDI: BANKAMER.COM | Oct 28 2020 00:53:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 29149310 | + | EDI: TSYS2.COM | Oct 28 2020 00:53:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 29149311 | + | EDI: CAPITALONE.COM | Oct 28 2020 00:53:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 29149313 | + | EDI: CITICORP.COM | Oct 28 2020 00:53:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 29149314 | + | EDI: WFNNB.COM | Oct 28 2020 00:53:00 | Comenity Bank/Talbots, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

| District/off: 113A-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2020 | Form ID: aPOCjck | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| 29149315 | + | Email/Text: bankruptcy@connexuscu.org | Oct 27 2020 22:55:00 | Connexus CU, Attn: Bankruptcy, Po Box 8026, Wausau, WI 54402-8026 |
| 29149316 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 27 2020 23:04:07 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 29149317 | | EDI: CITICORP.COM | Oct 28 2020 00:53:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 29149318 | + | Email/Text: bknotice@ercbpo.com | Oct 27 2020 22:54:00 | Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 29149322 | + | EDI: PHINGENESIS | Oct 28 2020 00:58:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 29166746 | | Email/Text: tc@hernandocounty.us | Oct 27 2020 22:53:58 | Hernando County Tax Collector, 20 N Main ST Room 112, Brooksville FL 34601-2892 |
| 29149312 | | EDI: JPMORGANCHASE | Oct 28 2020 00:48:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 29149326 | | EDI: WFNNB.COM | Oct 28 2020 00:53:00 | Lane Bryant Retail, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 29149328 | + | EDI: NAVIENTFKASMSERV.COM | Oct 28 2020 00:48:00 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 29149329 | + | EDI: HFC.COM | Oct 28 2020 00:53:00 | Neiman Marcus, P.O. Box 5235, Carol Stream, IL 60197-5235 |
| 29149330 | + | Email/Text: bnc@nordstrom.com | Oct 27 2020 22:53:50 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 29157028 | | EDI: BL-TOYOTA.COM | Oct 28 2020 00:53:00 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 29149335 | + | EDI: VERIZONCOMB.COM | Oct 28 2020 00:48:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | * | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| jdb | *+ | Judith Isolyn Laverne Allen-Harris, 13593 Paddington Way, Spring Hill, FL 34609-6331 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Oct 29, 2020 | Signature: | /s/Joseph Speetjens |
|---|---|---|

District/off: 113A-8 | User: admin | Page 3 of 3
Date Rcvd: Oct 27, 2020 | Form ID: aPOCjck | Total Noticed: 36

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Angela Welch | welchtrustee@gmail.com  aesposito@ecf.axosfs.com |
| Becket & Lee, LLP (SB) | on behalf of Creditor Toyota Motor Credit Corporation notices@becket-lee.com |
| C Ryan Violette | on behalf of Debtor Joseph Bruce Harris c.violette@hotmail.com  c.violette@hotmail.com |
| C Ryan Violette | on behalf of Joint Debtor Judith Isolyn Laverne Allen-Harris c.violette@hotmail.com  c.violette@hotmail.com |
| Scott C. Florin, Attorney for Trustee | on behalf of Trustee Angela Welch sflorin@florinlegal.com |
| Stefan Noah Beuge | on behalf of Creditor Lakeview Loan Servicing  LLC FLMD.bankruptcy@phelanhallinan.com, Stefan.Beuge@phelanhallinan.com |
| United States Trustee - TPA7/13 | USTPRegion21.TP.ECF@USDOJ.GOV |

TOTAL: 7

[Dnftpoc] [Asset Notice]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                               Case No. 8:20−bk−06687−CPM
                                                                                     Chapter 7

Joseph Bruce Harris

Judith Isolyn Laverne Allen−Harris

_____Debtor*_____/

NOTICE OF DEADLINE TO FILE PROOF OF CLAIM

NOTICE IS HEREBY GIVEN TO CREDITORS, AND OTHER PARTIES IN INTEREST:

   Pursuant to Fed. R. Bankr. P. 3002(c)(5), creditors are hereby notified that a dividend now appears possible in this case. Therefore, the "Deadline to File a Proof of Claim" in this case is January 28, 2021 .

   A proof of claim is a signed statement describing a creditor's claim. If you do not file a proof of claim by the "Deadline to File a Proof of Claim" provided herein, you might not be paid any money on your claim against the Debtor in the bankruptcy case. To be paid, you must file a proof of claim, even if your claim is listed in the schedules filed by the Debtor. Any creditor who has filed a proof of claim in this case previously need not file another proof of claim.

   A Proof of Claim form ("Official Form B 410") may be filed on−line at the Court's website − *www.flmb.uscourts.gov,* or obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A claim may be filed with, or mailed to, the Clerk of the Bankruptcy Court.

   Copies of supporting documents, such as statements of account, invoices, ledger cards, etc. should be attached to the proof of claim whether filing via the internet, in person or by mail.

      Dated October 26, 2020 .

                                                          Sheryl L. Loesch , Clerk of Court
                                                          Sam M. Gibbons United States Courthouse
                                                          801 North Florida Avenue, Suite 555
                                                          Tampa, FL 33602

      *All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

      Copies furnished to:
      All Interested Parties