## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
## www.flmb.uscourts.gov

In re:

Joseph Bruce Harris and
Judith Isolyn Laverne Allen-Harris,

       Debtors.
_____/

Case No. 8:20-bk-06687-CPM
Chapter 7

## PROOF OF SERVICE

      I certify that a true copy of the Order Approving Application to Employ Counsel for a Special Purpose Relating Back to the Date of the Section 341 Meeting of Creditors Pursuant to Administrative Order FLMB 2019-3 (Doc. No. 15) was furnished via Notice of Electronic Filing through the Case Management/Electronic Case Filing or email to those parties registered to receive electronic notices of filing in this case, including the U.S. Trustee, 501 East Polk St., Suite 1200, Tampa, FL 33602; Angela Welch, Trustee, 12157 W. Linebaugh Ave. #401, Tampa, FL 33626; and C Ryan Violette, PO Box 518, Sarasota, FL 34230; and was served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to Joseph Harris and Judith Allen-Harris, 13593 Paddington Way, Spring Hill, FL 34609 this 17th day of November, 2020.

      DATED:    November 17, 2020   .

                      Respectfully submitted,

                      **FLORIN LEGAL, P.A.**

                      /s/ Scott C. Florin
                      Scott C. Florin
                      Florida Bar No. 0088202
                      6936 W. Linebaugh Ave., Suite 101
                      Tampa, Florida 33625
                      Phone: (813) 724-3063
                      Fax: (813) 724-3063
                      SFlorin@FlorinLegal.com