United States Bankruptcy Court

Middle District of Florida

In re:                                                                                                  Case No. 20-06687-CPM
Joseph Bruce Harris                                                                      Chapter 7
Judith Isolyn Laverne Allen-Harris
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 113A-8                      User: rscanlon                      Page 1 of 3
Date Rcvd: Dec 09, 2020               Form ID: B318                   Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph Bruce Harris, Judith Isolyn Laverne Allen-Harris, 13593 Paddington Way, Spring Hill, FL 34609-6331 |
| sp | + | Scott Florin, Florin Legal P.A., 6936 W. Linebaugh Ave., Suite 101, Tampa, FL 33625-5829 |
| 29149308 | + | Altiva financial incorporated, 1000 Parkwood circle, suite 600, Atlanta, GA 30339-2173 |
| 29254246 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 29149319 | + | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 29149320 | + | Florida Cancer Specialists, PO Box 919527, Orlando, FL 32891-0001 |
| 29149321 | + | Flynn LaVrar, Esq., 1133 S. University Drive, 2nd Floor, Fort Lauderdale, FL 33324-3303 |
| 29149323 | + | Hernando Coounty Court, 20 N. Main St., 362, Brooksville, FL 34601-2893 |
| 29149325 | + | Lakeview Loan Servicing LLC, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 29276549 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 29149327 | + | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 29149331 | + | Penn Credit, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 29149332 | | Response, 380 S 670 W, Lindon, UT 84042 |
| 29149333 | | Sallie Mae, c/o Sallie Mae Guarantee Ser, P.O. Box 6180, Indianapolis, IN 46206-6180 |
| 29149334 | + | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QAESPOSITO.COM | Dec 10 2020 03:13:00 | Angela Welch, 12191 W. Linebaugh Ave. #401, Tampa, FL 33626-1732 |
| cr | + | EDI: GMACFS.COM | Dec 10 2020 03:13:00 | Ally Capital, P.O. Box 130424, Roseville, MN 55113-0004 |
| 29149324 | | EDI: HNDA.COM | Dec 10 2020 03:13:00 | Honda Financial Services, P.O. Box 166469, Irving, TX 75016 |
| 29149307 | + | EDI: ATTWIREBK.COM | Dec 10 2020 03:13:00 | AT&T, c/o Business Bankruptcy, PO Box 769, Arlington, TX 76004-0769 |
| 29149305 | + | EDI: GMACFS.COM | Dec 10 2020 03:13:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 29149306 | | EDI: AQUAFINANCE.COM | Dec 10 2020 03:13:00 | Aqua Finance Inc, P.O. Box 3256, Milwaukee, WI 53201-3256 |
| 29149309 | + | EDI: BANKAMER.COM | Dec 10 2020 03:13:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 29149310 | + | EDI: TSYS2.COM | Dec 10 2020 03:13:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 29149311 | + | EDI: CAPITALONE.COM | Dec 10 2020 03:13:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 29255916 | | EDI: CAPITALONE.COM | Dec 10 2020 03:13:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |

| District/off: 113A-8 | User: rscanlon | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 09, 2020 | Form ID: B318 | Total Noticed: 47 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 29287984 | | EDI: CITICORP.COM | Dec 10 2020 03:13:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 29149313 | + | EDI: CITICORP.COM | Dec 10 2020 03:13:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 29149314 | + | EDI: WFNNB.COM | Dec 10 2020 03:13:00 | Comenity Bank/Talbots, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 29149315 | + | Email/Text: bankruptcy@connexuscu.org | Dec 09 2020 22:41:00 | Connexus CU, Attn: Bankruptcy, Po Box 8026, Wausau, WI 54402-8026 |
| 29149316 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 09 2020 22:57:23 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 29149317 | | EDI: CITICORP.COM | Dec 10 2020 03:13:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 29287983 | | EDI: Q3G.COM | Dec 10 2020 03:13:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 29149318 | + | Email/Text: bknotice@ercbpo.com | Dec 09 2020 22:40:00 | Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 29149322 | + | EDI: PHINGENESIS | Dec 10 2020 03:18:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 29166746 | | Email/Text: tc@hernandocounty.us | Dec 09 2020 22:39:00 | Hernando County Tax Collector, 20 N Main ST Room 112, Brooksville FL 34601-2892 |
| 29149312 | | EDI: JPMORGANCHASE | Dec 10 2020 03:13:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 29242562 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2020 22:57:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 29149326 | | EDI: WFNNB.COM | Dec 10 2020 03:13:00 | Lane Bryant Retail, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 29149328 | + | EDI: NAVIENTFKASMSERV.COM | Dec 10 2020 03:13:00 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 29149329 | + | EDI: HFC.COM | Dec 10 2020 03:13:00 | Neiman Marcus, P.O. Box 5235, Carol Stream, IL 60197-5235 |
| 29149330 | + | Email/Text: bnc@nordstrom.com | Dec 09 2020 22:39:25 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 29281057 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2020 22:57:25 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 29241652 | | EDI: Q3G.COM | Dec 10 2020 03:13:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 29249831 | | EDI: Q3G.COM | Dec 10 2020 03:13:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 29236854 | | EDI: NAVIENTFKASMSERV.COM | Dec 10 2020 03:13:00 | SLM BANK, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 29157028 | | EDI: BL-TOYOTA.COM | Dec 10 2020 03:13:00 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 29149335 | + | EDI: VERIZONCOMB.COM | Dec 10 2020 03:13:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 32

District/off: 113A-8                          User: rscanlon                               Page 3 of 3
Date Rcvd: Dec 09, 2020                       Form ID: B318                                Total Noticed: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | * | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 11, 2020                            Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Welch | welchtrustee@gmail.com  aesposito@ecf.axosfs.com |
| Becket & Lee, LLP (SB) | on behalf of Creditor Toyota Motor Credit Corporation notices@becket-lee.com |
| C Ryan Violette | on behalf of Joint Debtor Judith Isolyn Laverne Allen-Harris c.violette@hotmail.com  c.violette@hotmail.com |
| C Ryan Violette | on behalf of Debtor Joseph Bruce Harris c.violette@hotmail.com  c.violette@hotmail.com |
| Scott C. Florin, Attorney for Trustee | on behalf of Spec. Counsel Scott Florin sflorin@florinlegal.com |
| Scott C. Florin, Attorney for Trustee | on behalf of Trustee Angela Welch sflorin@florinlegal.com |
| Stefan Noah Beuge | on behalf of Creditor Lakeview Loan Servicing  LLC FLMD.bankruptcy@phelanhallinan.com, Stefan.Beuge@phelanhallinan.com |
| United States Trustee - TPA7/13 | USTPRegion21.TP.ECF@USDOJ.GOV |

TOTAL: 8

| | | | |
|---|---|---|---|
| **Information to identify the case:** | | | |
| Debtor 1 | **Joseph Bruce Harris** <br> First Name   Middle Name   Last Name | Social Security number or ITIN <br> EIN | **xxx–xx–6850** <br> _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Judith Isolyn Laverne Allen–Harris** <br> First Name   Middle Name   Last Name | Social Security number or ITIN <br> EIN | **xxx–xx–2520** <br> _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Florida** | | | |
| Case number:   **8:20–bk–06687–CPM** | | | |

# Order of Discharge                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

  Joseph Bruce Harris                                Judith Isolyn Laverne Allen–Harris

  -

  Dated: December 9, 2020          Catherine Peek McEwen
                                   United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**